**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **RIMCO, INC.,**<br><br>　　　　　　　　　　　　　**Plaintiff,**<br>　　　　　v.<br><br>**THE UNITED STATES**<br><br>　　　　　　　　　　　　　**Defendant**. | **S U M M O N S**<br><br>Court No. 21-537 |

**TO:**   The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. 1581(a) to contest the denial of the protest specified below (and the protests listed in the attached schedule).

In the alternative, if this Court finds it lacks jurisdiction over this action pursuant to 28. U.S.C. 1581(a), you are hereby summoned and directed to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　Clerk of the Court

**PROTEST**

| **Port of Entry:** 3401 Pembina, ND | **Date Protest Filed**:　　　March 16, 2021 |
|---|---|
| **Protest Number:** 3401-21-100412 | **Date Protest Denied:**　　　March 30, 2021 |
| **Importer:** Rimco, Inc. | |
| **Category of merchandise:** Steel Wheels Measuring 22.5 to 24.5" in diameter | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Exclusion | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attached List | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| U.S. Customs and Border Protection<br>10980 I29<br>Suite 2<br>Pembina, ND | John M. Peterson, Esq.<br>Neville Peterson LLP<br>55 Broadway, Ste. 2602<br>New York, NY  10006<br>(212) 635-2730 |

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | **Statutory Basis** | **Statement of Value** |
| **Appraised:** | | |
| **Protest Claim:** | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| **Merchandise** | **Paragraph or Item Number** | **Rate** | **Paragraph or Item Number** | **Rate** |
| | | | | |

| **Other** |
|---|
| Assessment of monies in amounts as high as 688% of the entered value of the merchandise, claimed to constitute antidumping and countervailing duties imposed against imports of Steel Wheels, Measuring 22.5 to 24.5" in diameter, from the People's Republic of China are penal in nature and are grossly excessive, in violation of the Eighth Amendment to the United States Constitution. |

| **The issue which was common to all such denied protests:** |
|---|
| |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

  /s John M. Peterson
*Signature of Plaintiff's Attorney*

September 22, 2021
*Date*

**ENTRY LIST FOR RIMCO, INC. v. UNITED STATES, COURT NO. 21-537,**

| Entry Number | Date of Entry | Date of Exclusion | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| CIU1095464-6 | 6/10/2019 | | | | 9/18/2020 |
| CIU1095465-3 | 6/10/2019 | | | | 9/18/2020 |
| CIU1096348-0 | 7/3/2019 | | | | 12/4/2020 |
| CIU1087862-1 | 1/21/2019 | | | | 10/9/2020 |
| CIU1087863-9 | 1/26/2019 | | | | 10/9/2020 |
| CIU1092387-2 | 4/10/2019 | | | | 10/9/2020 |
| CIU1100223-9 | 9/11/2019 | | | | 9/18/2020 |